THE STATE EX REL. KEEBLER COMPANY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Keebler Co. v. Indus. Comm.* (1998), 83 Ohio St.3d 367.]

(No. 97–1894—Submitted August 19, 1998—Decided October 14, 1998.)

*Taft, Stettinius & Hollister, Samuel M. Duran* and *Cynthia C. Felson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellee Industrial Commission.

*Young, Reverman & Napier Co., L.P.A., Martin M. Young* and *Stephen S. Mazzei,* for appellee Gladys Carter.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.